# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1392
_____

JOHN MICHAEL KOZIK,

>       Appellant,

>       v.

CRAIG HANSON, Individually and
as Emergency Temporary
Custodian of Alice Marie Kozik,
and TERESA HANSON,
Individually, and ALICE MARIE
KOZIK,

>       Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

April 13, 2018

PER CURIAM.

>       AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Lois B. Lepp and Nicole A. Aloi of Lois B. Lepp, P.A., Pensacola, for Appellant.

James L. Chase and Hunter R. Higdon of James L. Chase & Associates, PLC, Pensacola, for Appellee Craig Hanson; Stephanie Q. Naylor of Quinnell ElderLawFirm, Pensacola, for Appellee Alice Marie Kozik.